United States District Court
Southern District of Texas
ENTERED
October 13, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| NATIONAL LIABILITY & FIRE INSURANCE COMPANY, Plaintiff, | ) | |
| VS. | ) | CIVIL ACTION NUMBER M-20-234 |
| RIATA CATTLE COMPANY, INC. a/k/a RIATA CATTLE CO. and JOSHUA OCHOA, Defendants. | ) | |

JUDGMENT

Having come on to be considered Plaintiff's Motion for Summary Judgment (Docket Entry No. 20), and the Court having considered said motion, the pleadings on file, and the arguments of counsel, found that Plaintiff's Motion for Summary Judgment should be GRANTED for the reasons stated on the record.

It is, therefore, ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion for Summary Judgment is GRANTED. It is further DECLARED that Plaintiff owes no duty to defend or indemnify Defendant Riata Cattle Company, Inc., or duty to pay any judgment to Defendant Joshua Ochoa in, or for claims related to, Cause No. C-3051-18E, styled *Joshua Ochoa v. Riata Cattle Company and Riata Cattle Company, Inc.*, pending in the 275th District Court, Hidalgo County, Texas.

This cause of action is hereby DISMISSED.

DONE on this 8th day of October, 2021 at McAllen, Texas.

Ricardo H. Hinojosa

Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE